**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Richard Anthony FECTHER,
Defendant–Appellant.**

**No. 05–11282
Non–Argument Calendar.
D.C. Docket No. 04–00097–CR–3–LAC.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 15, 2005.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahssee, FL,

Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Robert G. Davies, Michelle McCain Heldmyer, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Court-appointed counsel for Richard Anthony Fechter seeks to withdraw on appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination reveals no arguable issues of merit on which to base an appeal, counsel's motion to withdraw is GRANTED, and Fechter's convictions and sentence are AFFIRMED.